IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD J. GILLETT, JR.,                )
                                        )
                Plaintiff,              )
                                        )
            vs.                         )        CA 6-966
                                        )
COUNTY OF ALLEGHENY,                    )
                                        )
                Defendant.              )

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this 22nd **day of May, 2007**, the parties to the above-captioned action have reached an

amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, ORDERED that the above-captioned action is DISMISSED *with prejudice*

pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is consented to this 22nd **day of May, 2007.**

BY THE COURT:

Donetta W. Ambrose,
Chief U. S. District Judge

Attorney for Plaintiffs

Attorney for Defendant

_____                          _____

Attorney for Plaintiff                        Attorney for Defendant

1